United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUIS DUARTE, ) | Case No.: 11-CV-01878-LHK |
| ) | |
| Plaintiff, ) | ORDER DIRECTING PARTIES TO FILE |
| v. ) | A JOINT CASE MANAGEMENT |
| ) | STATEMENT |
| COMCAST CORP., a corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| _____ ) | |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the case management conference set for December 7, 2011, as required pursuant to Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one joint case management statement by Tuesday, December 6, 2011, at noon. The statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: December 5, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01878-LHK
ORDER TO FILE JCMS