UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUIS DUARTE, ) | Case No.: 11-CV-01878-LHK |
| ) | |
| Plaintiff, ) | ORDER DENYING JOINT MOTION TO |
| v. ) | RESET PRETRIAL DATES |
| ) | |
| COMCAST CORP., a corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

The parties have filed a joint stipulation continuing the pretrial deadlines. ECF No. 23. Specifically, the parties seek to continue the summary judgment motion hearing date by one month, and the pretrial conference and trial date by two weeks. The Court appreciates the parties' participation in a Magistrate Judge Settlement Conference on March 2. However, in light of the heavy volume of the Court's docket, the Court is unable to accommodate the parties' request to reset any Court dates. Accordingly, as submitted, the motion to postpone deadlines for expert discovery and motions for summary judgment is DENIED. The current pretrial dates, as set forth in the Court's December 7, 2011 case management order remain as set. However, the parties may stipulate to an extension of expert discovery as long as it does not affect the summary judgment, pretrial conference, or trial dates.

1

Case No.: 11-CV-01878-LHK
ORDER DENYING MOTION TO RESET DATES

**IT IS SO ORDERED.**

Dated: February 28, 2012

_____
LUCY H. KOH
United States District Judge