UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUIS DUARTE,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>COMCAST CORP., a corporation,<br><br>　　　　　　Defendant. | Case No.: 11-CV-01878-LHK<br><br>ORDER REGARDING STIPULATION OF DISMISSAL |

On March 2, 2012, Magistrate Judge Grewal issued a minute entry indicating that the parties had settled. ECF No. 27. The case management conference set for March 7, 2012, is hereby continued to March 21, 2012, at 2:00 p.m. By March 7, 2012, the parties shall file a statement confirming that they have in fact settled and indicating when they intend to file a stipulated dismissal.

**IT IS SO ORDERED.**

Dated: March 6, 2012

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　United States District Judge