**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUIS DUARTE, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> COMCAST CORP., a corporation, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> _____ ) | Case No.: 11-CV-01878-LHK <br><br> ORDER CONTINUING CASE <br> MANAGEMENT CONFERENCE |

On March 9, 2012, the parties filed a notice indicating that they would file a stipulated dismissal by March 26, 2012. ECF No. 29. The case management conference set for March 21, 2012, is hereby continued to April 4, 2012, at 2:00 p.m. By March 26, 2012, the parties shall either file a stipulated dismissal or a joint case management statement. If the parties file a stipulated dismissal by March 26, 2012, the case management conference set for April 4, 2012 will be vacated.

**IT IS SO ORDERED.**

Dated: March 16, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No.: 11-CV-01878-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE